45 A.3d 405

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stephen Eugene JILES, Petitioner.**

Supreme Court of Pennsylvania.

June 1, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of June, 2012, the Petition for Leave to File an Application to Amend Petition for Allowance of Appeal is **GRANTED.** The Petition for Allowance of Appeal is **DENIED.**